# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| WALTER LEON BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 5:05-cv-00041-IPJ-JEO |
| | ) | |
| JERRY LEE HICKS, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 21, 2005, recommending that this action be dismissed for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2).  The magistrate judge further recommended that any supplemental state law claims be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2).  Any supplemental state law claims are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).   A Final Judgment will be

entered.

**DATED**, this 30th day of November, 2005.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE